UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------X
GEORGE J. NAUSS,

                    Plaintiff,

     -against-                          <u>MEMORANDUM AND ORDER</u>
                                        03-CV-2593 (JS)(MLO)
JO ANNE B. BARNHART, Commissioner,
Social Security Administration,

                    Defendant.
-------------------------------------X
APPEARANCES:

For Plaintiff:      George J. Nauss, <u>Pro</u> <u>Se</u>
                    33 Davidson St.
                    Wyandanch, New York 11798

For Defendant:      Orelia Merchant, Esq.
                    Assistant United States Attorney, E.D.N.Y.
                    One Pierrepont Plaza
                    Brooklyn, New York 11201

SEYBERT, District Judge:

        On March 7, 2005, this Court issued an Order dismissing

without prejudice <u>Pro</u> <u>se</u> Plaintiff George Nauss' social security

appeal because Plaintiff failed to timely file a motion for

judgment on the pleadings.  The Second Circuit Court of Appeals

reversed the March Order, and remanded the matter for further

proceedings.

        In accordance with the Second Circuit's mandate, the Court

grants Plaintiff a final opportunity to submit a motion for judgment

on the pleadings.  In providing this opportunity, it is important

to emphasize the importance of the submission.  A motion for

judgment on the pleadings affords Plaintiff an opportunity to

explain to the Court those parts of the Administrative Law Judge's

("ALJ") determination to which he objects. It provides the Court with enhanced insight into Plaintiff's complaints and allows a meaningful opportunity to precisely address Plaintiff's objections. Without Plaintiff's guidance concerning the aspects of the ALJ's decision he disagrees with, the Court's ability to undertake an appellate review is severely handicapped.

The Court grants Plaintiff until July 14, 2006 to file his brief with this Court. Any submission received after July 14, 2006 will be rejected.

SO ORDERED

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.


Dated:     Central Islip, New York
           May 31, 2006